UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

Connie M. Apostelos

Defendant.

Start Time: 1:53 pm
End Time: 2:14 pm
CourtSmart # mJN - 10/30/15

## CRIMINAL MINUTES before
## U.S. MAGISTRATE JUDGE MICHAEL J. NEWMAN

Courtroom Deputy: Diane Marcus

[X] INITIAL APPEARANCE; [X] ARRAIGNMENT; [ ] REMOVAL HEARING

Case No.: 3:15-CR-148

Date: 10/30/15

Assistant United States Attorney/Special AUSA: Brent Tabacchi

Defense Counsel: Jon Paul Rion

[X] INITIAL APPEARANCE: [ ] Complaint; [X] Indictment; [ ] Information;
[ ] Bond Violation; [ ] Probation Violation; [ ] Supervised Release

[X] Counsel present

[X] Defendant informed of his/her rights, pending charges, possible penalties

[ ] Defendant provided copy of charging document

[ ] Financial affidavit presented to the Court

[ ] Counsel appointed

[ ] Defendant released on conditions - Court to issue Bond Order

[X] Government moves for detention; Defendant detained pending detention hearing on 11/4/15 @ 1:30 pm

[ ] Prelmin. Exam waived by Def's counsel/scheduled for _____

Other: Court orders immediate evaluation by EMP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

Connie M. Apostelos

Defendant.

Start Time: 1:53 pm
End Time: 2:14 pm
CourtFlow # MJN 10/30/15

CRIMINAL MINUTES before
U.S. MAGISTRATE JUDGE MICHAEL J. NEWMAN
Courtroom Deputy: Diane Marcus

[ ] INITIAL APPEARANCE; [X] ARRAIGNMENT; [ ] REMOVAL HEARING

Case: 3:15-CR-148
Date: 10/30/15

Assistant United States Attorney/Special AUSA: Brent Tabacchi

Defense Counsel: Jon Paul Rion

## [X] ARRAIGNMENT

[X] Defendant appears with counsel and advised of his/her rights

[ ] Financial affidavit tendered.     Approved     Disapproved

[ ] If Class A misdemeanor: Def. is advised right to proceed before USDJ & jury trial; elects to proceed before USMJ

[ ] Defendant provided copy of charging document

[X] Defendant waives defects in service & reading of document in open Court

[X] Defendant enters plea of Not Guilty

    Plea on which counts? _____

[X] Defendant advised of pretrial conference date before U.S. District Judge on: Contact Judge Rose's Chambers

[ ] Defendant released on conditions - Court to issue Bond Order

[ ] Bond, previously set, remains in effect

[ ] *Detention, previously ordered, remains in effect*

Other: _____