## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                         Case No. 3:15-CR-148
                                                  District Judge Thomas M. Rose

**WILLIAM APOSTELOS (1)**
**CONNIE APOSTELOS (2),**

        **Defendants.**

## ORDER GRANTING JOINT ORAL MOTION TO CONTINUE TRIAL

      On November 9, 2015, a hearing was held in open Court on a Joint Oral Motion to Continue the Trial. At said hearing, Defendants appeared with Counsel. Being made aware of their individual rights, Defendants had no objections to the motion to continue the trial date. The Court made finding that within the factual and legal confines of this case, the ends of justice served by granting said motion outweighs the best interests of the public and Defendants' to a speedy trial.

            **IT IS HEREBY ORDERED** that the forgoing Joint Oral Motion to Continue is **GRANTED**. The Jury Trial for this matter has been rescheduled for **Monday, May 16, 2016 at 9:00 a.m.** in Courtroom 2. A Final Pretrial Conference has been set for **Thursday, May 5, 2016 at 1:30 p.m.** in Chambers. Further, Discovery is due January 15, 2016 with a Motion Deadline of April 1, 2016. The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

      IT IS SO ORDERED.

Date: November 9, 2015

                                                    *s/Thomas M. Rose*
                                                    THOMAS M. ROSE, JUDGE
                                                    UNITED STATES DISTRICT COURT