## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:15-CR-00148** |
| Plaintiff, | **JUDGE ROSE** |
| vs. | |
| **CONNIE M. APOSTELOS** | **MOTION TO MODIFY BOND** |
| Defendant. | |

Now comes the Defendant, **CONNIE M. APOSTELOS**, by and though her attorneys, **RION, RION & RION, L.P.A., INC.**, and hereby respectfully moves this Honorable Court for an Order modifying the conditions of bond by removing her from Electronic Home Detention Program or in the alternative placing her on a curfew to allow her to attend doctor appointments, handle day to day affairs for the household and take care of the parties' pets.

Respectfully submitted,

**/s/ Jon Paul Rion**

**JON PAUL RION (#0067020)**
**KEVIN L. LENNEN (#0038993)**
**RION, RION & RION, L.P.A., INC.**
Suite 2150
130 West Second Street
P.O. Box 10126
Dayton, Ohio 45402
(937) 223-9133

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a copy of the foregoing was sent to the office of the United States Attorney on the same day of filing.

                                      **//s// Jon Paul Rion**
                                      _____
                                      **JON PAUL RION**
                                      **RION, RION & RION, L.P.A., INC.**