# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:15-CR-00148** |
| Plaintiff, | **JUDGE ROSE** |
| vs. | |
| **CONNIE M. APOSTELOS** | **MOTION TO MODIFY BOND ALLOWING LIMITED TRAVEL** |
| Defendant. | |

_____

    Now comes the Defendant, **CONNIE M. APOSTELOS**, by and though her attorneys, **RION, RION & RION, L.P.A., INC.**, and hereby respectfully moves this Honorable Court for an Order modifying the conditions of bond allowing her to travel to her son's home located at 1340 Vista Ridge Drive, Miamisburg, Ohio 45342 on December 24, 2015 from 4:00 p.m. until 10:00 p.m. to celebrate the holiday and also her son's birthday. Defendant is willing to comply with any additional conditions that the Court may require.

    Respectfully submitted,

**/s/ Jon Paul Rion**

**JON PAUL RION (#0067020)**
**RION, RION & RION, L.P.A., INC.**
Suite 2150
130 West Second Street
P.O. Box 10126
Dayton, Ohio  45402 (937) 223-9133

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that a copy of the foregoing was sent to the office of the United States Attorney on the same day of filing.

                                            //s// Jon Paul Rion
                                            _____

                                            **JON PAUL RION**
                                            **RION, RION & RION, L.P.A., INC.**