**PLEA ON INDICTMENT**       Date: **2/10/17**

CASE CAPTION: **USA v. William M. Apostelos**       CASE NUMBER: **3:15-cr-148**

Pltf's Attorney: **Brent Tabacchi**       Deft's. Attorney: **Art Mullins**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| | Interpreter ___ appeared and sworn. |
| **X** | Defendant sentencing guidelines range discussed and Defendant states he understood possible sentence. |
| **X** | Guideline levels states as Level **35/I**. |
| **X** | Defendant's constitutional rights explained and Defendant stated he understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant**. |
| **X** | Change of Plea accepted by Court but held in abeyance until successful completion of Pretrial Diversion.. |
| **X** | Statement of Facts summarization read into record by **the AUSA**. |
| **X** | Defendant acknowledged accuracy of Statement of Facts including summarization. |
| **X** | Defendant entered pleas of **guilty** to Count(s) **1 and 24**. |
| **X** | Defendant referred to Probation Department for Presentence Investigation (PSI). |
| **X** | Custody: **Continued on bond as previously ordered by the Court** |
| | Bond Conditions: |
| **X** | Other: **Sentencing set for 6/30/2017 at 9:30 am** |

COURT REPORTER: **Mary Schweinhagen**       CONVENE: **1:44 pm**

DEPUTY CLERK: **Liz Penski**       RECESS: **2:40 pm**